DENNIS MURPHY, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

Reported below, 170 App. Div. 942.
(Argued February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that the exceptions were frivolous.

*Cornelius E. Fitzgerald* for motion.

*John A. Delehanty* opposed.

Motion denied, with ten dollars costs.